**LOKER LAW, APC**
Elizabeth A. Wagner (317098)
elizabeth@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 392-3494

*Attorney for Plaintiff,*
JONG UK KIM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONG UK KIM,** | **Case No.:** 22CV-2089-JWH (JDE) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| **BANK OF AMERICA, N.A.; CAPITAL ONE BANK (USA) N.A.; MAS FINANCIAL SERVICES, INC.; FREEWAY FUNDING, INC.; THE BANK OF MISSOURI; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,** | **HON.  JOHN W. HOLCOMB** |
| Defendant(s). | |

1

2      NOTICE IS HEREBY GIVEN that the dispute between Plaintiff JONG UK

3   KIM ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS,

4   INC. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss

5   EXPERIAN INFORMATION SOLUTIONS, INC. with Prejudice within sixty

6   days. Plaintiff requests that all pending dates and filing requirements regarding

7   EXPERIAN INFORMATION SOLUTIONS, INC. be vacated.

8   Date: October 5, 2023                                      **LOKER LAW, APC**

9

10                                              BY:  ___/S/ ELIZABETH A. WAGNER__
                                                     ELIZABETH A. WAGNER, ESQ.
11                                                   ATTORNEY FOR PLAINTIFF

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement with Defendant EXPERIAN INFORMATION SOLUTIONS, INC.* has been submitted on October 5, 2023 to all defense counsel of record via e-mail and U.S. Mail.

 

 

                     ___/S/ ELIZABETH A. WAGNER__
                      ELIZABETH A. WAGNER, ESQ.

**CASE NO.: 22CV-2089-JWH (JDE)**          *Kim v. Bank of America, N.A., et al.*

**PROOF OF SERVICE**