**LOKER LAW, APC**
Elizabeth A. Wagner (317098)
elizabeth@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 392-3494

*Attorney for Plaintiff,*
JONG UK KIM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONG UK KIM,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.; CAPITAL ONE BANK (USA) N.A.; MAS FINANCIAL SERVICES, INC.; FREEWAY FUNDING, INC.; THE BANK OF MISSOURI; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,**<br><br>Defendant(s). | **Case No.:** 22CV-2089-JWH (JDE)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT MAS FINANCIAL SERVICES, INC.**<br><br>**HON. JOHN W. HOLCOMB** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff JONG UK KIM ("Plaintiff") and Defendant MAS FINANCIAL SERVICES, INC. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss MAS FINANCIAL SERVICES, INC. with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding MAS FINANCIAL SERVICES, INC. be vacated.

Date: October 5, 2023 **LOKER LAW, APC**

BY: /S/ ELIZABETH A. WAGNER
ELIZABETH A. WAGNER, ESQ.
ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant MAS FINANCIAL SERVICES, INC.* has been submitted on October 5, 2023 to all defense counsel of record via e-mail and U.S. Mail.

                                          /s/ ELIZABETH A. WAGNER
                                          ELIZABETH A. WAGNER, ESQ.