**LOKER LAW, APC**
Elizabeth A. Wagner (317098)
elizabeth@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 392-3494

*Attorney for Plaintiff,*
JONG UK KIM

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONG UK KIM,** | **Case No.:** 22CV-2089-JWH (JDE) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT FREEWAY FUNDING, INC.** |
| **BANK OF AMERICA, N.A.; CAPITAL ONE BANK (USA) N.A.; MAS FINANCIAL SERVICES, INC.; FREEWAY FUNDING, INC.; THE BANK OF MISSOURI; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,** | **HON. JOHN W. HOLCOMB** |
| Defendant(s). | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff JONG UK KIM ("Plaintiff") and Defendant FREEWAY FUNDING, INC. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss FREEWAY FUNDING, INC. with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding FREEWAY FUNDING, INC. be vacated.

Date: October 5, 2023                                    LOKER LAW, APC

                                              BY:    /S/ ELIZABETH A. WAGNER
                                                     ELIZABETH A. WAGNER, ESQ.
                                                     ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant FREEWAY FUNDING, INC.* has been submitted on October 5, 2023 to all defense counsel of record via e-mail and U.S. Mail.

/s/ Elizabeth A. Wagner
Elizabeth A. Wagner, Esq.

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420