JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONG UK KIM,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.;<br>CAPITAL ONE BANK (USA) N.A.;<br>MAS FINANCIAL SERVICES, INC.;<br>FREEWAY FUNDING, INC.;<br>THE BANK OF MISSOURI;<br>EQUIFAX INFORMATION<br>   SERVICES, LLC;<br>EXPERIAN INFORMATION<br>   SOLUTIONS, INC.; and<br>TRANS UNION, LLC,<br><br>        Defendants. | Case No. 8:22-cv-02089-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 75] entered on or about March 19, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 22, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE